# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128524

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                       SC: 128524
                                                        COA: 259196
                                                        Wexford CC: 03-006989-FH

EVELYN KAY BARTHOLOMEW,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 25, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Drohan* (Docket No. 127489) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk